Daniel FESLER, Respondent,

v.

DIRECTOR OF REVENUE, Appellant.

No. ED 76439.

Missouri Court of Appeals,
Eastern District,
Division One.

March 14, 2000.

Jeremiah W. (Jay) Nixon, Atty. Gen., James A. Chenault, III, Sp. Asst. Atty. Gen., Mo. Dept. of Revenue, Jefferson City, for appellant.

Philip M. Eisele, St. Louis, for respondent.

Before GARY M. GAERTNER, P.J., PAUL J. SIMON, J., and JAMES R. DOWD, J.

ORDER

PER CURIAM.

Appellant, Director of Revenue, appeals the judgment of the Circuit Court of St. Louis County finding that respondent, Daniel Fesler, was less than 21 years of age and had a blood alcohol content of .02% or more. We affirm.

We have reviewed the briefs of the parties, the legal file, and the transcripts, and find no error of law. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment pursuant to Rule 84.16(b).